UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO.: 16-20829-CIV-MARTINEZ-GOODMAN**

ELAINE CARROLL, an individual,

Plaintiff,
v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES, a Panamanian
Corporation,

Defendants.
_____/

**JOINT MOTION FOR CONTINUANCE,
PURSUANT TO THE SOUTHERN DISTRICT COURT'S SEVENTH
ADMINISTRATIVE ORDER 2020-76 CONCERNING JURY
TRIALS AND OTHER PROCEEDINGS**

The parties, by and through her undersigned attorneys, hereby move this Court For a Continuance of Jury Trial in accordance with the United States District Court Southern District of Florida's Seventh Administrative Order Concerning Jury Trials and Other Proceedings, Administrative Order 2020-76, and as grounds therefore state as follows:

1. This case is presently set for jury trial on the Court's two-week trial period commencing February 16, 2021.

2. On October 20, 2020 Chief United States District Court Judge, K Michael Moore, issued United States District Court Southern District of Florida's Seventh Order Concerning Jury Trials and Other Proceedings, Administrative Order 2020-76.

3. Pursuant to Paragraph Six (6) of said order, "All jury trials scheduled to begin on or after March 30, 2020 are continued until after April 5, 2021".

4. On November 18, 2020 this Court entered an Order Granting Plaintiff's Motion For Leave to Take Videotaped Deposition of Plaintiff's Treating Physicians For Use at Trial **(D.E. 112)**. Save said depositions, this case, which was filed in 2016, is ready to be tried. Accordingly, the parties request continuance of jury trial in this case, and that trial be set in a manner consistent with the courts trial scheduling protocol.

5. The Parties prays that this Court grant this Motion, along with such other and further relief as is deemed proper and just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2021, I served the forgoing document on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| HORR, NOVAK & SKIPP, P.A.<br>9130 South Dadeland Blvd,<br>Suite 1700<br>Miami, Florida 33156<br>Telephone: (305) 670-2525<br>Facsimile: (305) 670-2526<br><br>By: */s/ **David J. Horr, Esq***<br>DAVID J. HORR, ESQ<br>Florida Bar # 310761<br>dhorr@admiral-law.com<br>Bscarry@admiral-law.com | THE ROUSSO LAW FIRM<br>9350 South Dixie Highway<br>Suite # 1520<br>Miami, Florida 33156<br>Tel: (305) 670-6669<br>Fax: (305) 670-6663<br><br>By: **/s/ *Darren J. Rousso, Esq*.**<br>DARREN J. ROUSSO, ESQ.<br>Florida Bar #0097410<br>Darren@Roussolawfirm.com<br>Gen@Roussolawfirm.com |