UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 16-20829-CIV-MARTINEZ

ELAINE CARROLL,

     Plaintiff,

v.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES,
     Defendant.

_____/

## VERDICT FORM

**We, the jury, return the following verdict:**

1.    Was there negligence on the part of the Defendant CARNIVAL CORPORATION, and if so, was that negligence a legal cause of injury, loss, or damage to the Plaintiff, ELAINE CARROLL?

Yes ____✓____          No _____

**If you answered "No" to Question 1, this ends your deliberations and your verdict is for the Defendant CARNIVAL CORPORATION. The foreperson should date and sign the form and return it to the courtroom.**

**However, if (and only if) you answered "yes" to Question 1, please answer Question 2.**

2.    Was there negligence on the part of Plaintiff, ELAINE CARROLL, that was the legal cause of her loss, injury, or damage?

Yes ____✓____          No _____

**If (and only if) you answered "yes" to Question 2, please answer Question 3**

**(otherwise, skip to Question 4).**

3.   State the proportion or percentage of negligence that you charge to each party:

    Defendant, CARNIVAL CORPORATION          50 %

    Plaintiff, ELAINE CARROLL                50 %

**THE TOTAL OF THE PERCENTAGES MUST EQUAL 100%**

**In determining the amount of damages, do not make any reduction because of the negligence, if any, of Elaine Carroll.  If you find that she was to any extent negligent, the Court in entering judgment will make an appropriate reduction in the damages awarded.**

4.   What sum of money do you find to be the total amount of Plaintiff ELAINE CARROLL's damages?

    a.   Total amount of damages for medical and other care expenses in the past:

        

        $ 170,000

    b.   Total amount of damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of an existing disease or physical defect, and loss of capacity for the enjoyment of life in the past:

        

        $ 410,000

    c.   Total amount of damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of an existing disease or physical defect, and loss of capacity for the enjoyment of life in the future:

        $ 0

**TOTAL COMPENSATORY DAMAGES**
**OF PLAINTIFF ELAINE CARROLL**             $  580,000
     (Add lines 4a–4(c))

    SO SAY WE ALL, this ___26___ day of ___January___ 2022.

                             Foreperson