UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO.: 16-20829-CIV-MARTINEZ-GOODMAN**

ELAINE CARROLL, an individual,

Plaintiff,
v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES, a Panamanian
Corporation,

Defendants.
_____/

**NOTICE OF FILING PROPOSED FINAL JUDGMENT**

COMES NOW, Plaintiff, ELAINE CARROLL, by and through her undersigned attorney and hereby files Plaintiff's Proposed Final Judgment

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 31, 2022, I served the forgoing document on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**ROUSSO BOUMEL LAW FIRM, PLLC**
9350 South Dixie Highway
Suite # 1520
Miami, Florida 33156
Telf: (305) 670-6669
Fax: (305) 670-6663
Darren@roussolawfirm.com

By:  /s/ *Darren J. Rousso, Esq.*
DARREN J. ROUSSO, ESQ.
Florida Bar #0097410