UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number:  16-20829-CIV-MARTINEZ/GOODMAN**

ELAINE CARROLL,

     Plaintiff,

v.

CARNIVAL         CORPORATION,         d/b/a
CARNIVAL CRUISE LINES,

     Defendant.

_____/

## FINAL JUDGMENT

     **THIS CAUSE** came before the Court upon the jury verdict rendered on January 28, 2022, (ECF No. 209), and the Court's Order on remittitur, (ECF No. 237).  The jury duly rendered its verdict finding Defendant, Carnival Corporation fifty (50) percent negligent and Plaintiff, Elaine Carroll, fifty (50) percent negligent.  Accordingly, it is,

     **ORDERED AND ADJUDGED** as follows:

     1.     Judgment is entered in favor of Plaintiff, Elaine Carroll, and against Defendant, Carnival Corporation, in the amount of **$239,816.57**, for which let execution issue, reflecting:

     a.  Past medical expenses of $69,633.13; and past pain and suffering of $410,000.00; and

     b.  A fifty (50) percent reduction based on Plaintiff, Elaine Carroll's comparative negligence.

     2.     The judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by 28 U.S.C. §§ 2001–2007, 28 U.S.C. §§ 3001–3307, and Federal Rule of Civil Procedure 69(a).

3.      The Clerk is directed to mark this case as **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of March, 2022.

Copies provided to:                              JOSE E. MARTINEZ
All Counsel of Record                        UNITED STATES DISTRICT JUDGE