UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number:  16-20829-CIV-MARTINEZ/GOODMAN

ELAINE CARROLL,

      Plaintiff,

v.

CARNIVAL         CORPORATION,     d/b/a
CARNIVAL CRUISE LINES,

      Defendant.

_____/

## ORDER VACATING FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the parties' Joint Motion to Vacate Final Judgment. (ECF No. 246). This case proceeded to trial by jury on January 24, 2022. The jury returned a verdict in favor of Plaintiff. The Court entered a Final Judgment on March 4, 2022. (ECF No. 238). Plaintiff has since moved to amend the judgment and to tax costs. (ECF Nos. 244, 245). In the instant motion, the parties ask the Court to vacate the Final Judgment pursuant to Federal Rule of Civil 60. Rule 60(b)(6) provides that "the court may relieve a party . . . from a final judgment, order, or proceeding for . . . any reason that justifies relief." The parties represent that they have negotiated an amicable resolution of the remaining disputes in this case and have entered a settlement agreement. Part of this settlement agreement involves the Court vacating the Final Judgment. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1.    The Joint Motion to Vacate Final Judgment, (ECF No. 246), is **GRANTED**. The Final Judgment, (ECF No. 238), is hereby **VACATED**.

2.     The parties shall file a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 30 days of the date of this Order**. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

3.     The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this ⟨11⟩ day of April, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record

2